CLOSED, CV

# U.S. District Court
# U.S.District Court Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:07-cv-04006-PAM-RLE

Eisenschenk v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Chief Mag. Judge Raymond L. Erickson
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 09/18/2007
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kevin Eisenschenk** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Neal A Eisenbraun**
Neal A. Eisenbraun, Chartered
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 6516334442
Email: rattler@earthlink.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/18/2007 | 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 40016237.) assigned to Judge Paul A. Magnuson per 6th Div. Master referred to Chief Magistrate Judge Raymond L. Erickson, filed by Kevin Eisenschenk. (Attachments: # 1 Civil Cover Sheet) (JMH) |

| | | |
|---|---|---|
| | | (Entered: 09/18/2007) |
| 09/18/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (JMH) (Entered: 09/18/2007) |
| 10/24/2007 | | Summons Reissued as to Davol, Inc., C. R. Bard, Inc.(dch) (Entered: 10/24/2007) |
| 10/25/2007 | 2 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-5), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 10/25/2007) |
| 10/25/2007 | | NOTICE case has been transferred via email to the District of Rhode Island pursuant to the CTO. (JMH) (Entered: 10/25/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/29/2007 09:40:12 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 0:07-cv-04006-PAM-RLE |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |